# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

IN RE:      **CAFFELL ENTERPRISES, INC.**

CASE NO:    **10-40602**

Reporting Period:

FROM:    Sept 1st 2010 _____

TO:      Sept 30st 2010 _____

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _____10/28/2010_____      _____ Michael / J. Deese
                                  Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of __25__ pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: ____10/29/10____      _____
                             Attorney for Debtor    REVIEWED BUT NOT VERIFIED

NARRATIVE ON PROGRESS OF CASE:

_____
_____
_____
_____
_____
_____
_____

{00079804.DOC V. F008.010104;}

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: _____ 9/1/2010 _____     AMOUNT: $_____ 23,621.15 _____

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| | | Inventory Purchased | $ 102,622.78 |
| Receipts / Deposits | $ 291,771.33 | Salaries/Wages | 100,708.99 |
| | | Taxes (Total) | 37,921.70 |
| | | Insurance (Total | 16,004.48 |
| | | Unsecured Loan Payments | -0- |
| | | Utilities (Total) | 6,140.52 |
| | | Rent | -0- |
| | | Professional Fee | 6,025.06 |
| | | Maintenance/Repair | 6,916.44 |
| | | Maintenance/Repair | -0- |
| | | **OTHER DISBURSEMENTS (List)** | |
| | | Gas/Travel (Drivers) | 3,374.96 |
| | | Commissions | 21,719.06 |
| | | Waste Pickup | 1,412.69 |
| | | Bank Fees | 507.66 |
| | | Wage Garnishment | -0- |
| | | Freight | 3,556.57 |
| | | | |
| TOTAL CASH RECEIPTS | $ 291,771.33 | TOTAL DISBURSEMENTS | $ 306,910.91 |
| | | | |

**ENDING CASH POSITION**

DATE: _____ 9/30/2010 _____     AMOUNT: $_____ 8,481.57 _____

## PAYMENTS TO SECURED CREDITORS

____   No Secured Debt

_X_   No Secured Debt Payments Made During Reporting Period

____   All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT | $ |

## PAYMENTS ON PRE-PETITION DEBT

No payments have been made on pre-petition unsecured debt during the reporting period.

_X_   All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| Companion Property & Casualty |  | 9/9/10 | $6,024.51 Total Check was $8,032.68 but $6,024.51 was pre-petition debt. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT. PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:___BB&T_____

Address:____PO Box 310_____
_____Rutherfordton, NC  28139_____

Type of Account:____Operating Account_____
          (i.e., Payroll, Tax, Operating):

Account Number:____Ending 1476_____

DATE PERIOD BEGINS:____8/31/2010_____

Ending Balance (per the attached $___2,047.56_____
bank statement for this period)

Outstanding Deposits and Other
Credits Not On Statement          $_____

Outstanding Checks and Other
Debits Not On Statement          $_____-0-_____

Ending Reconciled Balance*        $___2,047.56_____

DATE PERIOD ENDS: ___9/30/2010_____

Highest Daily Balance
   During Above Period_____$ 6,851.94_____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:___BB&T_____

Address:____PO Box 310_____
_____Rutherfordton, NC  28139_____

Type of Account:_____Operating Account / Drivers_____
                     (i.e., Payroll, Tax, Operating):

Account Number:____Ending 1484_____

DATE PERIOD BEGINS:__8/31/2010_____

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $___2,380.58_____ |
| Outstanding Deposits and Other Credits Not On Statement | $_____ |
| Outstanding Checks and Other Debits Not On Statement | $_____-0-_____ |
| Ending Reconciled Balance* | $___2,380.58_____ |

DATE PERIOD ENDS: ___9/30/2010_____

Highest Daily Balance
During Above Period_____ $ 2,380.58_____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

# BANK ACCOUNTS

---

**ALL BANK STATEMENTS MUST BE ATTACHED**

**FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**

**AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**

**ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

---

Name of Bank:___Carolina First Bank_____

Address:_____PO Box 389_____
_____Forest City, NC  28043_____

Type of Account:_____Operating Account_____
                     (i.e., Payroll, Tax, Operating):

Account Number:_____Ending 9144_____

DATE PERIOD BEGINS:__8/31/2010_____

Ending Balance (per the attached $___50,615.65_____
bank statement for this period)

Outstanding Deposits and Other
Credits Not On Statement          $_____

Outstanding Checks and Other
Debits Not On Statement           $____46,562.22_____

Ending Reconciled Balance*        $_____4,053.43_____

DATE PERIOD ENDS:___9/30/2010_____

Highest Daily Balance
     During Above Period_____$ 65,826.36_____

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

{00079804.DOC V. F008.010104;}

## SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| **SEE EXHIBIT A** | **Payroll** | $ **32,297.45** |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

### Non-Insider Employees
Type (i.e., Salaried, Wage)

| | | AMOUNT PAID |
|---|---|---|
| **SEE EXHIBIT B** | | $ **99,694.20** |
| | | $ |
| | | $ |
| | | $ |

### Commission/Bonus Payments:

| | AMOUNT PAID |
|---|---|
| | $ **21,719.06** |
| | $ |
| | $ |
| | $ |

### Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|---|---|---|
| **N/A** | | $ |
| | | $ |
| | | $ |
| | | $ |

| Total Salary/Wage/Commission/Payments | $ **153,710.71** |
|---|---|

\*  "Insider"  is  defined  in  11U.S.C.
Sec101(31)

## SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of:

9/30/2010

(Date of Reporting Period)

II.   Sales (gross) During Reporting Period:   $_____ 244,633.32 _____

III.   Collections of Accounts Receivable
During Reporting Period:   $_____ 165,391.01 _____

IV.   New Accounts Receivables Generated
During Reporting Period:   $_____ 154,330.26 _____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $   81,240.05 | $   81,240.05 | $ |
| 31-60 DAYS | $   20,286.48 | $   20,286.48 | $ |
| 61-90 DAYS | $    9,581.69 | $    9,581.69 | $ |
| 91-120 DAYS | $   13,729.67 | $   13,729.67 | $ |
| 120 DAYS AND OVER | $   60,571.81 | $   47,006.58 | $   13,565.23 |
| TOTAL | $  185,409.70 | $  171,844.47 | $   13,565.23 |

## INVENTORY (Cost Basis)

Beginning Date:   9/01/2010          Ending Date:   9/30/2010

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| Plywood and Lumber | $  93,205.05 | $  24,190.31 | $  24,190.31 | $ | $  93,205.05 |
| Hinges and Drawer Glides | $  22,015.53 | $  11,127.90 | $  11,127.90 | $ | $  22,015.53 |
| Paint and Stain | $  26,902.26 | $  14,963.73 | $  14,963.73 | $ | $  26,902.26 |
| Moulding | $  18,591.45 | $  12,231.66 | $  12,231.66 | $ | $  18,591.45 |
| Jobs Complete and Work in process | $  39,812.01 | $ | $ | $ | $  34,809.48 |
| TOTALS | $ 200,526.30 | $  62,513.60 | $  62,513.60 | $ | $ 195,523.77 |

*   Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies

# ACCRUED POST-PETITION LIABILITIES

___ No accrued liabilities existed at the end of this reporting period.

**X** All accrued liabilities existing at the end of this reporting period are listed below or on the sheet
(s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
| Companion Property & Casualty | 9/28/10 | 2,008.17 |
| Coxe Personnel | 9/28/10 | 175.14 |
| Duke Power | 9/3/10 | 8,184.81 |
| KPF | 8/30/10 | 43.91 |
| KPF | 9/15/10 | 2,383.83 |
| KPF | 9/30/10 | 379.45 |
| Midlantic Marketing | 9/30/10 | 999.79 |
| United Parcel Service | 8/30/10 | 476.51 |
| United Parcel Service | 9/27/10 | 988.45 |
| UPS Freight | 9/25/10 | 369.18 |
| Waste Wood | 9/8/10 | 242.40 |
| Windstream | 9/30/10 | 1,461.88 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                    $      17,713.52

{00079804.DOC V. F008.010104;}

## AFFIRMATIONS

1.    Yes __X__  No _____    All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.    Yes __X__  No _____    All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.    Yes __X__  No _____    All tax returns have been filed timely and payments made.  Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.    Yes __X__  No*_____    All post-petition taxes have been paid or deposited into a designated tax account.

5.    Yes _____  No __X__    New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.    Yes _____  No __X__    New DIP financial books and records have been opened and are being maintained monthly and are current.


*    If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.





562-01-01-00 27501  0 C 001 26   50 002
CAFFELL ENTERPRISES INC
DBA GAPETTO KITCHENS
160 EXECUTIVE DR
RUTHERFORDTON NC  28139-2929

# Your account statement
For 09/30/2010

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

### Introducing BB&T's Vault360℠ Safe Solution

BB&T now offers a cash deposit solution that will help keep your employees safe, productive and on-site, reduce your exposure to theft and eliminate the need for daily trips to the bank.  With Vault360's Safe Solution and armored courier partners, BB&T will provide your business daily access to your funds. Designed for cash-heavy retailers, Vault360 is an ideal solution for standardizing daily cash deposits across multiple markets all across the U.S. Key benefits include:

- Accelerate availability of your funds by making cash deposits electronically from anywhere in the U.S.
- Access real-time balance reporting as currency is fed into bill readers through armored vendor reporting systems
- Eliminate bank deposit preparation time and errors
- Reduce time spent on reconciliation, investigation of internal losses or thefts

Start optimizing corporate liquidity and save time and money by simplifying your banking processes today.  To learn more about Vault360's Safe Solution, contact your relationship manager; call us at 1-800-810-5625 or visit www.BBT.com/business/products/vault360.

---

■ **FREE BUSINESS CHECKING** 1476

**Account summary**

| | |
|---|---|
| Your previous balance as of 08/31/2010 | $2,460.86 |
| Checks | - 501.68 |
| Other withdrawals, debits and service charges | - 13,650.67 |
| Deposits, credits and interest | + 13,739.05 |
| Your new balance as of 09/30/2010 | = $2,047.56 |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 09/03 | | 6.00 | 09/03 | *1308 | 484.00 | 09/07 | *1312 | 11.68 |

* Indicates a skip in sequential check numbers above this item

**Total checks** = $501.68

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 09/01 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005104971484 09-01-10 | 1,000.00 |
| 09/01 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 08-31 CHARLOTTE    NC 6622 | 809.47 |
| 09/01 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 08-31 CHARLOTTE    NC 6622 | 199.45 |
| 09/03 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 09-02 CHARLOTTE    NC 6622 | 3,033.70 |
| 09/03 | BB&T CHECK CARD PURCHASE PEX SUPPLY 09-02 631-8415366    NY 6622 | 121.03 |

*continued*

■ PAGE 1 OF 3

186257

■ FREE BUSINESS CHECKING ~~XXXXXXXXX6622~~ (continued)   Page 12 of 25

| DATE | DESCRIPTION | AMOUNT(S) |
|------|-------------|-----------|
| 09/03 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 09-02 CHARLOTTE   NC 6622 | 101.07 |
| 09/03 | BB&T CHECK CARD PURCHASE PAYPAL *FASTENER C 09-02 402-935-7733   CA 6622 | 23.80 |
| 09/03 | INTERNET PAYMENT *      GATEWAY SERVICES 6513139 | 10.20 |
| 09/07 | BB&T CHECK CARD PURCHASE DEWALT SERVICE NET 09-05 410-716-9281   MD 6622 | 50.60 |
| 09/07 | ACH CORP DEBIT MTOT DISC  BANKCARD GEPPETTO KITCHENS | 442.46 |
| 09/09 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 09-08 CHARLOTTE   NC 6622 | 1,318.35 |
| 09/09 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 09-08 CHARLOTTE   NC 6622 | 96.50 |
| 09/10 | BB&T CHECK CARD PURCHASE HARDWARE RESOURCES 09-10 3187420660   LA 6622 | 238.07 |
| 09/17 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005104971484 09-17-10 | 500.00 |
| 09/17 | BB&T CHECK CARD PURCHASE SHERWIN WILLIAMS # 09-16 CHARLOTTE   NC 6622 | 23.97 |
| 09/21 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005104971484 09-21-10 | 300.00 |
| 09/22 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005104971484 09-22-10 | 1,000.00 |
| 09/27 | ACH CORP DEBIT GROUP 25  IN LUMBERMENS 0 CAFFELL ENTERPRISES | 2,882.00 |
| 09/30 | BB&T ONLINE TRANSFER TRANSFER TO CHECKING 0005104971484 09-30-10 | 1,500.00 |
| **Total other withdrawals, debits and service charges** | | **= $13,650.67** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT(S) |
|------|-------------|-----------|
| 09/01 | MTOT DEP  BANKCARD GEPPETTO KITCHENS | 6,400.00 |
| 09/21 | COUNTER DEPOSIT | 2,992.00 |
| 09/21 | COUNTER DEPOSIT | 1,440.90 |
| 09/29 | MTOT DEP  BANKCARD GEPPETTO KITCHENS | 2,906.15 |
| **Total deposits, credits and interest** | | **= $13,739.05** |

**BB&T**

562-01-01-00 27501  0 C 001 26  50 002
CAFFELL ENTERPRISES INC
DBA GEPPETTO KITCHENS
160 EXECUTIVE DR
RUTHERFORDTON NC  28139-2929

# Your account statement
For 09/30/2010

## Contact us
 BBT.com

 (800) BANK-BBT or
(800) 226-5228

---

Introducing BB&T's Vault360℠ Safe Solution

BB&T now offers a cash deposit solution that will help keep your employees safe, productive and on-site, reduce your exposure to theft and eliminate the need for daily trips to the bank. With Vault360's Safe Solution and armored courier partners, BB&T will provide your business daily access to your funds. Designed for cash-heavy retailers, Vault360 is an ideal solution for standardizing daily cash deposits across multiple markets all across the U.S. Key benefits include:

- Accelerate availability of your funds by making cash deposits electronically from anywhere in the U.S.
- Access real-time balance reporting as currency is fed into bill readers through armored vendor reporting systems
- Eliminate bank deposit preparation time and errors
- Reduce time spent on reconciliation, investigation of internal losses or thefts

Start optimizing corporate liquidity and save time and money by simplifying your banking processes today. To learn more about Vault360's Safe Solution, contact your relationship manager; call us at 1-800-810-5625 or visit www.BBT.com/business/products/vault360.

---

■ FREE BUSINESS CHECKING ████████1484

### Account summary

| | |
|---|---:|
| Your previous balance as of 08/31/2010 | $1,455.54 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 3,374.96 |
| Deposits, credits and interest | + 4,300.00 |
| Your new balance as of 09/30/2010 | = $2,380.58 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 09/01 | BB&T CHECK CARD PURCHASE WILCO 357  0000 08-30 TROUTMAN     NC 6936 | 207.81 |
| 09/01 | BB&T CHECK CARD PURCHASE DENNY'S #6857 08-30 MT JACKSON     VA 6936 | 17.51 |
| 09/01 | BB&T CHECK CARD PURCHASE BURGER KING #3550 08-31 FREDERICKSBUR  VA 6936 | 11.97 |
| 09/02 | BB&T CHECK CARD PURCHASE EXXONMOBIL   4786 08-31 JESSUP        MD 6936 | 110.80 |
| 09/02 | BB&T CHECK CARD PURCHASE SUPER 8 MOTEL 08-30 MOUNT JACKSON  VA 6936 | 65.33 |
| 09/02 | BB&T CHECK CARD PURCHASE SBARROS MD-TOL1079 08-31 ABERDEEN      MD 6936 | 7.72 |
| 09/03 | BB&T CHECK CARD PURCHASE SHELL OIL 57543100 09-01 MEBANE       NC 6936 | 190.00 |
| 09/03 | BB&T CHECK CARD PURCHASE FREDERICKSBURG DEV 09-01 FREDERICKSBRG  VA 6936 | 59.89 |
| 09/03 | BB&T CHECK CARD PURCHASE PIZZA HUT 09-01 MOCKSVILLE   NC 6936 | 14.01 |
| 09/03 | BB&T CHECK CARD PURCHASE EXXONMOBIL   4777 09-01 WARFIELD     VA 6936 | 9.30 |
| | | *continued* |

■ PAGE 1 OF 3

)186259

**FREE BUSINESS CHECKING** ~~(continued)~~ **Page 14 of 25**

| DATE | DESCRIPTION | AMOUNT(S) |
|------|-------------|-----------|
| 09/07 | BB&T CHECK CARD PURCHASE FASTOP MARKET #303 09-02 SHELBY    NC 6902 | 75.00 |
| 09/10 | BB&T CHECK CARD PURCHASE WILCO 364  0000 09-08 SALISBURY    NC 6902 | 122.69 |
| 09/13 | BB&T CHECK CARD PURCHASE MURPHY7332ATWALMRT 09-10 UNICOI    TN 6902 | 100.00 |
| 09/15 | BB&T CHECK CARD PURCHASE LANCER TRAVEL PLAZ 09-14 DUBLIN    VA 6936 | 220.39 |
| 09/15 | BB&T CHECK CARD PURCHASE TACO BELL #20341 09-14 DUBLIN    VA 6936 | 6.53 |
| 09/16 | BB&T CHECK CARD PURCHASE RAMADA INN OF STRA 09-15 STRASBURG    VA 6936 | 86.90 |
| 09/16 | BB&T CHECK CARD PURCHASE RANCHO VIEJO 09-14 STRASBURG    VA 6936 | 11.24 |
| 09/16 | BB&T CHECK CARD PURCHASE MCDONALD'S F22787 09-15 STRASBURG    VA 6936 | 7.12 |
| 09/16 | BB&T CHECK CARD PURCHASE HARRISONBURG TRAVE 09-14 HARRISONBURG    VA 6936 | 4.89 |
| 09/16 | BB&T CHECK CARD PURCHASE MCDONALD'S F10102 09-15 ELKTON    MD 6936 | 4.85 |
| 09/17 | BB&T CHECK CARD PURCHASE EAST MOUNTAIN QUIC 09-15 RUTHERFORDTON  NC 6928 | 106.00 |
| 09/17 | BB&T CHECK CARD PURCHASE PILOT    0000 09-15 ELKTON    MD 6936 | 100.00 |
| 09/17 | BB&T CHECK CARD PURCHASE DUNKIN #343670 09-15 BORDENTOWN    NJ 6936 | 5.54 |
| 09/17 | BB&T CHECK CARD PURCHASE RHODE ISLAND TRUCK 09-16 W. GREENWICH  RI 6936 | 213.00 |
| 09/17 | BB&T CHECK CARD PURCHASE HOT SPOT #3005 09-16 CHESNEE    SC 6928 | 162.01 |
| 09/20 | BB&T CHECK CARD PURCHASE HOLIDAY INNS 09-17 BETHLEHEM    PA 6936 | 131.99 |
| 09/20 | BB&T CHECK CARD PURCHASE DAYS INN BORDENTOWN 09-16 BORDENTOWN    NJ 6936 | 91.92 |
| 09/20 | BB&T CHECK CARD PURCHASE FASTOP MARKET #303 09-16 SHELBY    NC 6902 | 75.00 |
| 09/20 | BB&T CHECK CARD PURCHASE RI TRUCK STOP C-ST 09-16 W. GREENWICH  RI 6936 | 7.00 |
| 09/20 | BB&T CHECK CARD PURCHASE DUNKIN #343670 09-16 BORDENTOWN    NJ 6936 | 6.06 |
| 09/20 | BB&T CHECK CARD PURCHASE MIDDLETOWN LIBERTY 09-17 MIDDLETOWN    VA 6936 | 4.28 |
| 09/20 | BB&T CHECK CARD PURCHASE MCDONALD'S F11802 09-17 CHAMBERSBURG    PA 6936 | 4.12 |
| 09/20 | BB&T CHECK CARD PURCHASE LANCER TRAVEL PLAZ 09-17 DUBLIN    VA 6936 | 197.00 |
| 09/20 | BB&T CHECK CARD PURCHASE TACO BELL #20341 09-17 DUBLIN    VA 6936 | 6.53 |
| 09/22 | BB&T CHECK CARD PURCHASE SHELL OIL 57541855 09-17 DUBLIN    VA 6936 | 4.40 |
| 09/23 | BB&T CHECK CARD PURCHASE TA #221 CANDLER 09-21 CANDLER    NC 6936 | 3.87 |
| 09/23 | BB&T CHECK CARD PURCHASE TEXACO 00302810 09-21 FACKLER    AL 6936 | 8.70 |
| 09/23 | BB&T CHECK CARD PURCHASE MCDONALD'S F32703 09-22 CHARLESTON    TN 6936 | 5.80 |
| 09/24 | BB&T CHECK CARD PURCHASE LOVES COUNTRY 0000 09-22 CHARLESTON    TN 6936 | 203.00 |
| 09/24 | BB&T CHECK CARD PURCHASE SUPER 8 MOTEL 09-22 OOLTEWAH    TN 6936 | 58.61 |
| 09/24 | BB&T CHECK CARD PURCHASE PILOT    0000 09-22 WAYNESVILLE    NC 6936 | 9.36 |
| 09/27 | BB&T CHECK CARD PURCHASE WAFFLE HOUSE 60390 09-21 OOLTEWAH    TN 6936 | 8.09 |
| 09/28 | BB&T CHECK CARD PURCHASE HORN'S AMBEST TRAV 09-23 MOCKSVILLE    NC 6936 | 188.00 |
| 09/28 | BB&T CHECK CARD PURCHASE BRINTLE'S TRAVEL P 09-27 MOUNT AIRY    NC 6936 | 196.01 |
| 09/29 | BB&T CHECK CARD PURCHASE PAPA JOHNS #2877 09-27 540-834-4433    VA 6936 | 17.66 |
| 09/30 | BB&T CHECK CARD PURCHASE WAFFLE HOUSE #0511 09-16 BETHLEHEM    PA 6936 | 11.78 |
| 09/30 | BB&T CHECK CARD PURCHASE MARATHON OIL 12191 09-29 FLAT ROCK    NC 6902 | 100.00 |
| 09/30 | BB&T CHECK CARD PURCHASE RAMADA INN SOUTH 09-28 FREDERICKSBUR    VA 6936 | 67.00 |
| 09/30 | BB&T CHECK CARD PURCHASE MANHATTAN BAR & RE 09-28 HILLSBOROUGH    NJ 6936 | 15.13 |
| 09/30 | BB&T CHECK CARD PURCHASE KFC 43315   0043 09-28 MIDDLETOWN    DE 6936 | 11.37 |
| 09/30 | BB&T CHECK CARD PURCHASE MCDONALD'S F22787 09-29 STRASBURG    VA 6936 | 6.59 |
| 09/30 | BB&T CHECK CARD PURCHASE CRACKER BARREL #26 09-29 HARRISONBURG  VA 6936 | 15.19 |
| Total other withdrawals, debits and service charges | | = $3,374.96 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT(S) |
|------|-------------|-----------|
| 09/01 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING 0005104971476 09-01-10 | 1,000.00 |
| 09/17 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING 0005104971476 09-17-10 | 500.00 |
| 09/21 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING 0005104971476 09-21-10 | 300.00 |
| 09/22 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING 0005104971476 09-22-10 | 1,000.00 |
| 09/30 | BB&T ONLINE TRANSFER TRANSFER FROM CHECKING 0005104971476 09-30-10 | 1,500.00 |
| Total deposits, credits and interest | | = $4,300.00 |



**CAROLINA FIRST**

0144  31 I

CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT
160 EXECUTIVE DRIVE
RUTHERFORDTON NC 28139

|  | Account Number | Page 1 of 33 |
|---|---|---|
| August 31, 2010 - September 30, 2010 | 0144 | 294 enclosures |

**FREE BUSINESS CHECKING**            Summary            7102459144

| Previous Balance | + Deposits Credits | - Checks Debits | - Service Charges | + Interest Credits | New Balance |
|---|---|---|---|---|---|
| 44,455.79 | 278,032.28 | 271,823.42 | 49.00 | 0.00 | 50,615.65 |

30  Days in Statement Period

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 09-01 | CUSTOMER DEPOSIT | 11,000.80 |
| 09-03 | CUSTOMER DEPOSIT | 5,138.02 |
| 09-07 | CUSTOMER DEPOSIT | 59,184.64 |
| 09-08 | CUSTOMER DEPOSIT | 11,000.00 |
| 09-09 | CUSTOMER DEPOSIT | 16,865.55 |
| 09-13 | CUSTOMER DEPOSIT | 10,005.22 |
| 09-15 | CUSTOMER DEPOSIT | 24,283.49 |
| 09-16 | CUSTOMER DEPOSIT | 21,080.23 |
| 09-17 | CUSTOMER DEPOSIT | 4,200.00 |
| 09-20 | CUSTOMER DEPOSIT | 23,541.80 |
| 09-22 | CUSTOMER DEPOSIT | 4,899.75 |
| 09-24 | CUSTOMER DEPOSIT | 47,810.36 |
| 09-27 | CUSTOMER DEPOSIT | 10,326.41 |
| 09-28 | CUSTOMER DEPOSIT | 5,625.00 |
| 09-30 | CUSTOMER DEPOSIT | 23,071.01 |
| *Total Deposits* | *$278,032.28* | |



CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT

Account Number ████████144

Page 2 of 33

## Checks

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 09-02 | 10399 | 443.91 | 09-07 | 10601 | 571.14 | 09-10 | 10641 | 71.06 |
| 09-07 | 10485* | 67.16 | 09-03 | 10602 | 235.13 | 09-13 | 10642 | 154.21 |
| 09-01 | 10492* | 78.50 | 09-02 | 10603 | 111.79 | 09-13 | 10643 | 3,077.23 |
| 09-07 | 10528* | 371.27 | 09-07 | 10604 | 120.89 | 09-22 | 10644 | 252.11 |
| 09-01 | 10562* | 8,655.33 | 09-02 | 10605 | 207.99 | 09-08 | 10645 | 4,040.47 |
| 09-02 | 10565* | 67.16 | 09-07 | 10606 | 301.39 | 09-13 | 10646 | 47.39 |
| 09-13 | 10566 | 443.91 | 09-03 | 10607 | 249.88 | 09-21 | 10647 | 85.35 |
| 09-02 | 10567 | 319.22 | 09-02 | 10608 | 311.96 | 09-15 | 10648 | 813.22 |
| 09-10 | 10568 | 175.00 | 09-03 | 10609 | 770.75 | 09-16 | 10649 | 1,434.00 |
| 09-16 | 10570* | 422.00 | 09-02 | 10610 | 301.34 | 09-13 | 10650 | 4,836.93 |
| 09-02 | 10571 | 3,257.20 | 09-03 | 10611 | 204.94 | 09-14 | 10651 | 672.14 |
| 09-03 | 10572 | 1,936.95 | 09-03 | 10612 | 212.45 | 09-09 | 10652 | 298.18 |
| 09-07 | 10574* | 30.17 | 09-07 | 10613 | 397.84 | 09-13 | 10653 | 274.87 |
| 09-02 | 10575 | 132.95 | 09-08 | 10614 | 334.01 | 09-13 | 10654 | 521.82 |
| 09-03 | 10576 | 269.09 | 09-08 | 10615 | 336.05 | 09-10 | 10655 | 198.94 |
| 09-03 | 10577 | 521.82 | 09-03 | 10616 | 893.03 | 09-14 | 10656 | 379.18 |
| 09-07 | 10578 | 192.99 | 09-02 | 10617 | 387.68 | 09-13 | 10657 | 451.43 |
| 09-07 | 10579 | 383.27 | 09-21 | 10618 | 102.76 | 09-13 | 10658 | 968.03 |
| 09-08 | 10580 | 451.44 | 09-07 | 10619 | 244.99 | 09-13 | 10659 | 157.49 |
| 09-07 | 10581 | 968.02 | 09-03 | 10620 | 328.76 | 09-13 | 10660 | 1,094.96 |
| 09-07 | 10582 | 157.49 | 09-07 | 10621 | 940.76 | 09-10 | 10661 | 631.23 |
| 09-07 | 10583 | 1,094.98 | 09-07 | 10622 | 355.05 | 09-13 | 10662 | 267.42 |
| 09-03 | 10584 | 631.24 | 09-02 | 10623 | 330.37 | 09-10 | 10663 | 268.47 |
| 09-07 | 10585 | 267.41 | 09-02 | 10624 | 328.85 | 09-10 | 10664 | 595.12 |
| 09-08 | 10586 | 268.30 | 09-03 | 10625 | 281.85 | 09-10 | 10665 | 439.30 |
| 09-03 | 10587 | 595.10 | 09-07 | 10627* | 2,212.50 | 09-13 | 10666 | 519.45 |
| 09-02 | 10588 | 426.29 | 09-07 | 10628 | 125.00 | 09-10 | 10667 | 925.27 |
| 09-07 | 10589 | 519.45 | 09-13 | 10629 | 1,421.00 | 09-13 | 10668 | 272.75 |
| 09-02 | 10590 | 925.26 | 09-10 | 10630 | 312.00 | 09-10 | 10669 | 207.01 |
| 09-07 | 10591 | 259.42 | 09-10 | 10631 | 404.40 | 09-10 | 10670 | 1,122.28 |
| 09-03 | 10592 | 207.34 | 09-20 | 10632 | 443.91 | 09-09 | 10671 | 803.03 |
| 09-03 | 10593 | 1,122.28 | 09-10 | 10633 | 54.07 | 09-13 | 10672 | 322.88 |
| 09-03 | 10594 | 803.03 | 09-10 | 10634 | 5.25 | 09-10 | 10673 | 327.49 |
| 09-07 | 10595 | 377.77 | 09-14 | 10635 | 55.50 | 09-10 | 10674 | 304.73 |
| 09-03 | 10596 | 312.84 | 09-10 | 10636 | 5.04 | 09-13 | 10675 | 501.92 |
| 09-03 | 10597 | 305.37 | 09-14 | 10637 | 2,677.26 | 09-10 | 10676 | 200.86 |
| 09-07 | 10598 | 501.91 | 09-14 | 10638 | 265.82 | 09-13 | 10677 | 490.27 |
| 09-02 | 10599 | 265.71 | 09-14 | 10639 | 140.00 | 09-13 | 10678 | 571.15 |
| 09-07 | 10600 | 490.27 | 09-07 | 10640 | 16,825.52 | 09-13 | 10679 | 263.29 |

CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT

Account Number ████████144

### Checks (continued)

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 09-24 | 10812 | 326.94 | 09-24 | 10827 | 770.74 | 09-28 | 10849* | 8,224.46 |
| 09-24 | 10813 | 376.30 | 09-23 | 10828 | 388.48 | 09-30 | 10854* | 86.28 |
| 09-28 | 10814 | 501.92 | 09-24 | 10829 | 298.69 | 09-30 | 10861* | 317.08 |
| 09-22 | 10815 | 318.56 | 09-24 | 10831* | 127.89 | 09-30 | 10870* | 631.24 |
| 09-24 | 10816 | 309.37 | 09-27 | 10832 | 397.84 | 09-30 | 10873* | 421.29 |
| 09-27 | 10817 | 490.27 | 09-27 | 10833 | 504.80 | 09-30 | 10875* | 925.27 |
| 09-27 | 10818 | 571.14 | 09-27 | 10834 | 412.55 | 09-30 | 10879* | 803.02 |
| 09-28 | 10819 | 321.30 | 09-24 | 10835 | 893.03 | 09-30 | 10884* | 200.86 |
| 09-23 | 10820 | 165.67 | 09-23 | 10836 | 389.23 | 09-30 | 10889* | 165.12 |
| 09-27 | 10821 | 149.27 | 09-24 | 10837 | 86.59 | 09-30 | 10893* | 240.38 |
| 09-22 | 10822 | 276.23 | 09-28 | 10838 | 330.01 | 09-30 | 10894 | 250.96 |
| 09-24 | 10823 | 60.06 | 09-27 | 10839 | 373.98 | 09-30 | 10896* | 146.92 |
| 09-27 | 10824 | 58.39 | 09-23 | 10840 | 343.54 | 09-30 | 10904* | 355.43 |
| 09-23 | 10825 | 267.41 | 09-23 | 10841 | 321.80 | 09-30 | 10908* | 238.04 |
| 09-22 | 10826 | 330.93 | 09-27 | 10842 | 229.71 | 09-30 | 10909 | 143.20 |
| Total Checks | | $203,753.78 | | | | | | |

### Described Debits

| Date | Description | Amount |
|------|-------------|--------|
| 09-01 | IRS        USATAXPYMT<br>270064400109802<br>CAFFELLS ENTERPRISES I | 5,821.29 ✓ |
| 09-01 | THE GUARDIAN    AUG GP INS<br>41398400LL10000<br>Caffell Enterprises  I | 4,629.09 ✓ |
| 09-02 | VISA     HAFELE AME<br>HAFELE AMERICA CO<br>336-889-2322 NC | 363.44 |
| 09-03 | ALPINE SALES    EFT-PMTS<br>GEPPETTOS | 508.00 |
| 09-03 | VISA    BUNZL NORT<br>BUNZL NORTH WALES<br>215-5422030 PA | 402.46 |
| 09-07 | VISA    C H BRIGGS<br>C H BRIGGS COMPANY<br>800-3551000 PA | 185.41 |
| 09-08 | IRS        USATAXPYMT | 5,997.58 |

CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT

Account Number ▓▓▓▓▓144

Page 6 of 33

**Described Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| 09-17 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 1,000.00 |
| 09-17 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 982.77 |
| 09-17 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 686.45 |
| 09-17 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 311.61 |
| 09-17 | U. P. S.      UPS BILL<br>10254000068A86E<br>CAFFELL ENTERPRISES IN | 193.07 |
| 09-20 | VISA     C H BRIGGS<br>C H BRIGGS COMPANY<br>800-3551000 PA | 208.43 |
| 09-22 | IRS          USATAXPYMT<br>270066500503647<br>CAFFELLS ENTERPRISES I | 5,769.05 |
| 09-22 | ALPINE SALES     EFT-PMTS<br>GEPPETTOS | 1,759.99 |
| 09-22 | VISA     ULINE *SH<br>ULINE *SHIP SUPPL<br>800-295-5510 IL | 360.67 |
| 09-22 | AT&T          PAYMENT<br>BLANK NAME | 272.91 |
| 09-23 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 663.62 |
| 09-24 | VISA     M & M SUPP<br>M & M SUPPLY<br>317-879-2050 NC | 466.55 |
| 09-24 | U. P. S.      UPS BILL<br>10261000068A86E<br>CAFFELL ENTERPRISES IN | 149.54 |
| 09-27 | VISA     CONESTOGA | 1,717.45 |

**CAFFELL ENTERPRISES**
**DRIVER EXPENSE ACCOUNT**

Account Number ████████144

**Daily Balance Summary**

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 08-31 Beginning Balance | 44,455.79 | 09-16 | 46,447.96 |
| 09-01 | 36,272.38 | 09-17 | 39,809.27 |
| 09-02 | 28,091.26 | 09-20 | 30,547.79 |
| 09-03 | 22,436.97 | 09-21 | 28,995.45 |
| 09-07 | 53,659.54 | 09-22 | 24,514.30 |
| 09-08 | 53,231.69 | 09-23 | 19,481.02 |
| 09-09 | 65,826.36 | 09-24 | 49,118.43 |
| 09-10 | 48,596.87 | 09-27 | 49,576.87 |
| 09-13 | 41,732.78 | 09-28 | 43,634.73 |
| 09-14 | 29,399.81 | 09-29 | 32,518.73 |
| 09-15 | 45,470.97 | 09-30 Ending Balance | 50,615.65 |

CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT

Account Number ▓▓▓▓▓▓144

Page 7 of 33

**Described Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| | CONESTOGA WOOD SPE<br>717-4453243 PA | |
| 09-28 | VISA     UPS FRT SE<br>UPS FRT SERVICES<br>800-333-7400 VA | 220.69 |
| 09-28 | VISA     STAPLES DI<br>STAPLES DIRECT0020<br>800-3333330 CA | 210.48 |
| 09-29 | IRS         USATAXPYMT<br>270067200059898<br>CAFFELLS ENTERPRISES I | 6,532.81 |
| 09-29 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 2,511.29 |
| 09-29 | AFLAC     INSURANCE<br>DS111575187<br>CAFFELL ENTERPRISES IN | 434.46 |
| 09-29 | VISA     SHERWIN WI<br>SHERWIN WILLIAMS #<br>CHARLOTTE NC | 110.00 |
| 09-30 | SERVICE CHARGE | 49.00 |
| *Total Described Debits* | *$66,118.64* | |

CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT

Account Number ████████44

**Described Debits (continued)**

| Date | Description | Amount |
|------|-------------|--------|
| | 2700651004l0376 | |
| | CAFFELLS ENTERPRISES I | |
| 09-09 | VISA     SHERWIN WI | 422.74 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-09 | VISA     SHERWIN WI | 346.40 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-09 | VISA     STAPLES DI | 172.36 |
| | STAPLES DIRECT0020 | |
| | 800-3333330 CA | |
| 09-09 | VISA     SHERWIN WI | 139.00 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-10 | COMPANION GROUP  INS. PREM | 8,032.68 |
| | CAFFELL ENTERPRISES I | |
| 09-10 | U. P. S.     UPS BILL | 176.01 |
| | 10247000068A86E | |
| | CAFFELL ENTERPRISES IN | |
| 09-10 | VISA     SHERWIN WI | 79.56 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-14 | ALPINE SALES    EFT-PMTS | 5,485.09 |
| | GEPPETTOS | |
| 09-15 | IRS     USATAXPYMT | 6,056.45 |
| | 2700658003513l6 | |
| | CAFFELLS ENTERPRISES I | |
| 09-15 | VISA     SHERWIN WI | 919.26 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-15 | VISA     SHERWIN WI | 423.40 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-16 | VISA     SHERWIN WI | 785.42 |
| | SHERWIN WILLIAMS # | |
| | CHARLOTTE NC | |
| 09-16 | KLINGSPOR ABRAS  PURCHASE | 562.16 |
| | CAFFELL ENTERPRISES | |

CAFFELL ENTERPRISES
DRIVER EXPENSE ACCOUNT

Account Number ████████144

**Checks (continued)**

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 09-09 | 10680 | 188.23 | 09-17 | 10724 | 364.39 | 09-16 | 10766 | 383.13 |
| 09-09 | 10681 | 625.95 | 09-20 | 10725 | 521.82 | 09-17 | 10767 | 893.02 |
| 09-27 | 10682 | 147.64 | 09-17 | 10726 | 73.53 | 09-16 | 10768 | 223.21 |
| 09-09 | 10683 | 136.34 | 09-20 | 10727 | 438.91 | 09-20 | 10770* | 149.67 |
| 09-17 | 10684 | 158.77 | 09-20 | 10728 | 451.44 | 09-17 | 10771 | 241.85 |
| 09-14 | 10685 | 397.77 | 09-20 | 10729 | 968.03 | 09-20 | 10772 | 403.45 |
| 09-17 | 10686 | 274.06 | 09-20 | 10730 | 157.49 | 09-16 | 10773 | 310.33 |
| 09-09 | 10687 | 251.67 | 09-20 | 10731 | 1,094.98 | 09-16 | 10774 | 141.54 |
| 09-10 | 10688 | 770.74 | 09-17 | 10732 | 631.24 | 09-17 | 10775 | 225.44 |
| 09-09 | 10689 | 308.03 | 09-20 | 10733 | 267.41 | 09-21 | 10776 | 252.05 |
| 09-10 | 10690 | 204.95 | 09-21 | 10734 | 78.23 | 09-24 | 10778* | 5,570.00 |
| 09-10 | 10691 | 160.01 | 09-17 | 10735 | 595.10 | 09-24 | 10779 | 369.53 |
| 09-13 | 10693* | 397.84 | 09-16 | 10736 | 418.29 | 09-24 | 10780 | 117.36 |
| 09-13 | 10694 | 53.81 | 09-20 | 10737 | 519.45 | 09-20 | 10781 | 9,101.73 |
| 09-10 | 10695 | 339.38 | 09-16 | 10738 | 925.27 | 09-21 | 10782 | 247.82 |
| 09-10 | 10696 | 893.03 | 09-20 | 10739 | 174.42 | 09-24 | 10783 | 2,631.20 |
| 09-16 | 10697 | 313.88 | 09-21 | 10740 | 130.92 | 09-22 | 10784 | 40.45 |
| 09-13 | 10698 | 93.32 | 09-17 | 10741 | 1,122.29 | 09-29 | 10788* | 1,527.44 |
| 09-14 | 10699 | 267.14 | 09-16 | 10742 | 803.02 | 09-23 | 10791* | 336.51 |
| 09-13 | 10700 | 265.94 | 09-27 | 10743 | 293.12 | 09-24 | 10792 | 269.93 |
| 09-09 | 10701 | 251.95 | 09-17 | 10744 | 165.32 | 09-27 | 10793 | 521.83 |
| 09-09 | 10702 | 327.00 | 09-17 | 10745 | 341.75 | 09-24 | 10794 | 254.53 |
| 09-10 | 10703 | 225.61 | 09-20 | 10746 | 501.91 | 09-27 | 10795 | 478.86 |
| 09-16 | 10704 | 100.00 | 09-17 | 10747 | 265.41 | 09-28 | 10796 | 451.44 |
| 09-16 | 10706* | 4,398.16 | 09-21 | 10748 | 490.29 | 09-28 | 10797 | 968.03 |
| 09-17 | 10708* | 840.60 | 09-20 | 10749 | 571.14 | 09-27 | 10798 | 157.49 |
| 09-20 | 10709 | 443.91 | 09-20 | 10750 | 75.60 | 09-27 | 10799 | 1,094.98 |
| 09-20 | 10710 | 12,297.81 | 09-16 | 10751 | 213.57 | 09-27 | 10800 | 651.23 |
| 09-14 | 10712* | 1,993.07 | 09-20 | 10752 | 68.11 | 09-28 | 10801 | 267.42 |
| 09-16 | 10713 | 3,624.61 | 09-16 | 10753 | 128.86 | 09-24 | 10802 | 326.74 |
| 09-23 | 10714 | 1,354.00 | 09-17 | 10756* | 317.22 | 09-24 | 10803 | 595.11 |
| 09-20 | 10715 | 3,416.39 | 09-17 | 10757 | 251.10 | 09-24 | 10804 | 426.29 |
| 09-16 | 10716 | 4,117.39 | 09-16 | 10758 | 388.35 | 09-27 | 10805 | 519.45 |
| 09-24 | 10717 | 707.07 | 09-17 | 10759 | 770.74 | 09-24 | 10806 | 925.27 |
| 09-24 | 10718 | 295.01 | 09-16 | 10760 | 203.70 | 09-27 | 10807 | 266.60 |
| 09-28 | 10719 | 71.39 | 09-20 | 10761 | 129.44 | 09-24 | 10808 | 157.85 |
| 09-24 | 10720 | 539.08 | 09-17 | 10762 | 132.96 | 09-24 | 10809 | 1,122.28 |
| 09-27 | 10721 | 443.91 | 09-20 | 10764* | 397.83 | 09-23 | 10810 | 803.02 |
| 09-16 | 10723* | 206.35 | 09-21 | 10765 | 164.92 | 09-27 | 10811 | 407.46 |

Accrual Basis

## Caffell Enterprises, Inc
### Employee Earnings Summary
**September 2010**

| | |
|---|---|
| **Caffell, Benjamin L** | 6,241.35 |
| **Caffell, Diane P** | 1,000.00 |
| **Caffell, Harold L** | 7,211.55 |
| **Caffell, Karen R** | 4,205.45 |
| **Caffell, Minnie G** | 1,591.35 |
| **Deese, Brenda C** | 2,454.20 |
| **Deese, Joshua M.** | 3,500.00 |
| **Deese, Michael J** | 6,093.55 |
| | **32,297.45** |

Accrual Basis

## Carell Enterprises, Inc.
## Employee Earnings Summary
### September 2010

| | |
|---|---|
| Barnett, Donald E | 1,667.32 |
| Bennett, Gwen R | 1,988.06 |
| Boyd, Jason E. | 3,536.55 |
| Brown, Denise J | 1,342.20 |
| Brown, Michael A | 3,118.00 |
| Bruce, Michael R | 2,980.75 |
| Cannon, Jacquelyn L | 1,323.38 |
| Cox, Michael D | 3,432.70 |
| Downey, Wanda F | 1,609.32 |
| Earley, Randy R | 931.01 |
| Franklin, Mark A | 7,275.00 |
| Hart, Troy M | 5,192.30 |
| Hensley, Linda S | 2,192.30 |
| Hill, Terri D | 1,553.20 |
| Hollifield, Jane D | 2,240.60 |
| Hubbard, Yancey L | 3,475.00 |
| Hudler, Edward O | 1,687.54 |
| Jaynes, Sean D | 456.17 |
| Jenkins, Charles D | 3,061.25 |
| Jenkins, Michael E | 3,950.10 |
| Jenkins, Neil C | 1,302.40 |
| Johnson, Sherry D | 1,040.60 |
| Jones, Harry A | 790.41 |
| Jones, Jerry G | 673.57 |
| King, David W. | 1,059.41 |
| Koontz, David G. | 719.90 |
| Manuel, Lloyd J | 1,227.82 |
| McKinney, Diane | 1,782.37 |
| McPherson, Warren J | 2,121.98 |
| Millwood, Rusty L. | 5,151.55 |
| Mode, Chasity B | 1,795.90 |
| Morrow, Tommy R | 1,044.85 |
| Phillips, John R | 777.98 |
| Radford, Cletis S | 1,516.23 |
| Sams, Holly L | 2,625.00 |
| Sheldon, Bernard F. | 2,049.30 |
| Sheldon, Glenda C | 2,243.60 |
| Smith, James D | 5,962.00 |
| Vasquez, Edward A | 1,963.00 |
| Vera, Jesus E | 324.00 |
| Walker, Larry C | 971.75 |
| Wilson, Charlie L | 1,847.92 |

Farrell Enterprises, Inc.
## Employee Earnings Summary
### September 2010

| | |
|---|---|
| **Wilson, Cheryl L** | 2,235.63 |
| **Wilson, Darlene B** | 2,279.00 |
| **Yelton, Janice E** | 1,645.20 |
| **Yelton, Matthew W** | 1,530.08 |
| | **99,694.20** |