# EXHIBIT F

# STATE OF NORTH CAROLINA

MVR 191 (Rev 05/07)

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| J8BF5C13347700072 | 2004 | CHEV | TK |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 775695100114909 | 01/13/2010 | 778931033461069 |

**ODOMETER READING:** 0000089

**ODOMETER STATUS:**

**TITLE BRANDS:**

**SHIPPING WEIGHT:** 7478

**MAIL TO:**
CAROLINA FIRST BANK
104 S MAIN ST
GREENVILLE  SC  29601-2711

**OWNER(S) NAME AND ADDRESS**
CAFFELL ENTERPRISES
160 EXECUTIVE DR
RUTHERFORDTON  NC  28139-2929

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

_(signature)_
COMMISSIONER OF MOTOR VEHICLES

**FIRST LIENHOLDER:** CAROLINA FIRST BANK, 104 S MAIN ST, GREENVILLE  SC  29601-2742
**DATE OF LIEN:** 09/25/2009
LIEN RELEASED BY: SIGNATURE _____ TITLE _____ DATE _____

**SECOND LIENHOLDER:** 
**DATE OF LIEN:**
LIEN RELEASED BY: SIGNATURE _____ TITLE _____ DATE _____

**THIRD LIENHOLDER:**
**DATE OF LIEN:**
LIEN RELEASED BY: SIGNATURE _____ TITLE _____ DATE _____

**FOURTH LIENHOLDER:**
**DATE OF LIEN:**
LIEN RELEASED BY: SIGNATURE _____ TITLE _____ DATE _____

**ADDITIONAL LIENS:**

81774874
909  TL1081J

**ANY ALTERATIONS OR ERASURES VOID TITLE**